No. 01–10897. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10899. STOTTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10900. SMEDLEY v. ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 01–10901. ROWSEY v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10902. ESTELLE v. JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 01–10904. ALEXANDER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–10905. BONNER v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10906. MCPHERSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–10907. WILLIAMS v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 01–10908. PATE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–10910. ESPINOZA v. PETERSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–10911. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10913. GOODREAU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10914. PUTMAN v. HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–10915. BLACKSHEAR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.